RECEIVED
MAY 18 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED
MAY 19 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

U.S. Department of Justice
United States Attorney

**United States District Court**
Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § Cause No.: DR11-01470M-01,02,03 |
| v. | § DR 11-CR-460 |
| | § |
| HECTOR MOLINA-RAMIREZ, | § |
| RALPH ANTHONY MEDINA, | § |
| ERIK ESTRADA, | § |

### ORDER FOR DISMISSAL

In the captioned case

1. Juan Manuel Sanchez-Sanchez

are material witnesses for the prosecution at the trial of the above-named defendants who are charged with violation of certain immigration laws.

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the complaint/information against said material witnesses because the case against the principals has been concluded to the point that the witnesses are no longer needed.

                                    JOHN E. MURPHY
                                    UNITED STATES ATTORNEY

                   By: _____
                           DONALD LEE McCUNE, JR.
                           Assistant U.S. Attorney

LEAVE OF COURT IS GRANTED FOR THE FILING OF THE FOREGOING DISMISSAL.

_May 19, 2011_                    _____
DATE                                    UNITED STATES ~~MAGISTRATE~~ District JUDGE